445 F.2d 307
 UNITED STATES of America, Plaintiff-Appellee,
v.
Victor Lawrence TAYLOR, Defendant-Appellant.
 No. 30877 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 July 1, 1971.
 
 Appeal from the United States District Court for the Northern District of Georgia; Manuel L. Real, District Judge.
 Theodore E. Smith, Atlanta, Ga., for defendant-appellant.
 John W. Stokes, Jr., U. S. Atty., J. Owen Forrester, George H. Connell, Jr., Asst. U. S. Attys., Atlanta, Ga., for plaintiff-appellee.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966